**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| WILLIAM MOORE, Derivatively on Behalf of ENDOCYTE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN C. APLIN, *et al.*, <br><br> Defendants, <br><br> and, <br><br> ENDOCYTE, INC., <br><br> Nominal Defendant. | Cause No: 1:14-cv-01551-SEB-DML |
| VICTOR VELOSO, Derivatively on Behalf of ENDOCYTE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN C. APLIN, et al., <br><br> Defendants, <br><br> and, <br><br> ENDOCYTE, INC., <br><br> Nominal Defendant. | Cause No: 1:14-cv-1787-SEB-DML |

       _____)

## ORDER CONSOLIDATING ACTIONS
## AND APPOINTING CO-LEAD AND LIAISON COUNSEL

It appearing that the above-captioned actions involve the same subject matter, and that the administration of justice would best be served by consolidating actions and appointing a leadership structure,

IT IS HEREBY ORDERED that:

1. The above-captioned derivative actions shall be consolidated for all purposes and any actions arising out of the same operative facts now pending or hereinafter filed in or transferred in to this Court, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

2. Hereinafter, papers need only be filed in Case No. 1:14-cv-01551-SEB-DML.

3. The consolidated case caption shall be:

   IN RE ENDOCYTE, INC.              )      CONSOLIDATED
   DERIVATIVE LITIGATION        )      1:14-cv-01551-SEB-DML

4. Lifshitz & Miller and Gainey McKenna & Egleston as hereby appointed Co-Lead Counsel.

5. Parr Richey Obremskey Frandsen & Patterson LLP, are hereby appointed as Liaison Counsel.

6. All papers and documents previously served and filed in any of the cases consolidated herein are deemed part of the record in the consolidated action.

7. Co-Lead Counsel shall be responsible for the overall conduct of the litigation on behalf of the plaintiffs, including the following:

a. Supervise all pretrial, trial and post-trial proceedings on behalf of the plaintiffs;

b. Determine and present in motions, briefs, oral argument or such other fashion as may be appropriate, the position of all of the plaintiffs as to all matters arising during pretrial and trial proceedings;

c. Designate attorneys to act as spokespersons at pretrial conferences and meetings with defendants;

d. Negotiate and enter stipulations with defense counsel with respect to all matters in this litigation, including discovery and settlement matters;

e. Conduct or coordinate discovery on behalf of the plaintiffs, including the preparation of interrogatories, requests for production of documents, requests for admissions, and the examination of witnesses in depositions;

f. Coordinate the activities of plaintiffs' counsel and implement procedures to ensure that schedules are met and unnecessary expenditures of time and funds are avoided.

g. Collect time and expense reports from plaintiffs' counsel on a periodic basis;

h. Convene meetings of plaintiffs' counsel;

i. Delegate tasks to counsel for plaintiffs and otherwise coordinate the work of all plaintiffs' counsel, and perform other such duties as deemed necessary;

j. Allocate fees, in any are awarded by the Court; and

k. Ensure that all plaintiffs' counsel are kept informed of the progress of this litigation as necessary.

Date:   12/31/2014

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system