# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re ENDOCYTE DERIVATIVE LITIG. | CONSOLIDATED<br>Case No. 1:14-cv-1551 (SEB-DML) |

## ORDER GRANTING JOINT MOTION REGARDING
## TEMPORARY STAY OF ACTION AND RELATED MATTERS

This matter is before the Court on the Joint Motion for Temporary Stay and Related Matters (Dkt. 42) of Plaintiffs William Moore and Victor Veloso ("Plaintiffs") and Defendants John C. Aplin, Keith E. Brauer, Lesley Russell Cooper, P. Ron Ellis, Colin Goddard, Ph.D., Ann F. Hanham, Ph.D., Marc Kozin, Philip S. Low, Peter D. Meldrum, Fred A. Middleton, and nominal Defendant Endocyte, Inc. (collectively, the "Defendants") (Plaintiffs and Defendants are collectively referred to herein as the "Parties"). The Court, being duly advised, GRANTS the parties' motion to (1) stay this Derivative Action; (2) embody the Parties' agreement with regard to related-discovery and/or mediations in an order; and (3) defer the parties' deadline for filing a proposed Case Management Plan until after the stay in this Derivative Action is lifted and, in turn, the Court reschedules the initial pretrial conference at that time.

IT IS HEREBY ORDERED:

1. This action, including all deadlines and hearings, is hereby temporarily stayed, subject to this Court's approval, until the earlier of either of the following events (the "Termination Date"): (i) the passage of thirty (30) days after written notice of termination has been provided by any party in the Derivative Action to all other parties in the Derivative Action; or (ii) the passage of thirty (30) days after the final adjudication of any appeal in *Vallabhaneni v. Endocyte, Inc., et al.*, (Case No. 16-1454 7th Cir.) (the "Securities Action"). Before the

Termination Date, the Parties shall meet and confer and submit a proposed schedule to the Court for further proceedings in this action (including a schedule for the filing of Defendants' response(s) to the operative Complaint or the filing of an amended consolidated complaint); provided, however, that the Parties reserve the right to move for a continued stay of this case at that time;

2. In the event that Defendants provide any discovery in the Securities Action, or in any factually related derivative action purportedly brought on behalf of Endocyte, Inc. arising from similar facts as the instant action, Defendants will at or about the same time notify Plaintiffs and provide copies of that discovery to Plaintiffs in the Derivative Action, provided that the Parties have executed and the Court has entered a protective order in the Derivative Action;

3. In the event that Defendants agree to engage in a mediation in the Securities Action or any other factually-related derivative action purportedly brought on behalf of Endocyte, Inc. arising from similar facts as the instant action, Defendants agree to provide Plaintiffs with reasonable advance notice of the mediation;

4. The Parties' deadline for filing a proposed Case Managment Plan is deferred until after this temporary stay is lifted.

So ORDERED.

Date: March 11, 2016

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system