UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE ENDOCYTE, INC. | ) | CONSOLIDATED |
| DERIVATIVE LITIGATION | ) | Case No. 1:14-cv-1551 SEB-DML |

**ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WAIVING NOTICE REQUIREMENT UNDER FRCP 23.1(c)**

This cause has come before the Court upon Plaintiffs' Motion to Accept Voluntary Dismissal without Prejudice and Waive Notice Requirement of Fed. R. Civ. P. 23.1(c).  Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the above-captioned matter is voluntarily dismissed, without prejudice, and it is further ordered that the notice-to-shareholder requirement under Fed. R. Civ. P. 23.1(c) is hereby waived for good cause shown.

Dated:  4/19/2016

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Distribution to all registered counsel by CM/ECF.

~